FILED
September 1, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>WILLIAM J. BOHAC,<br><br>        Defendant. | Case No. 2:11CR00323-JAM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __WILLIAM J. BOHAC__, Case No. __2:11CR00323-JAM__, Charge __21USC § 846 & 841(a)(1)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    ✔   Bail Posted in the Sum of $ __220,000.00__

          __   Unsecured Appearance Bond

          __   Appearance Bond with 10% Deposit

          __   Appearance Bond with Surety

          __   Corporate Surety Bail Bond

    ✔   (Other)     __Pretrial conditions as stated on the record.__

Issued at __Sacramento, CA__ on __September 1, 2011__ at __10:23 am__.

By   /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge

Copy 5 - Court