1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MATTHEW C. BOCKMON, Bar # 161566
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    JONATHAN GANEY

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )   CASE NO.  CR-S-11-323 JAM
                                        )
12             Plaintiff,               )
                                        )   **WAIVER OF DEFENDANT'S PRESENCE**
13      v.                              )
                                        )
14                                      )
    JONATHAN DALE GANEY,                )
15                                      )
               Defendant.              )
16  _____    )

17         Pursuant to Fed.R.Crim.P. 43, defendant, JONATHAN DALE GANEY, hereby waives the right to

18  be present in person in open court upon the hearing of any motion or other proceeding in this case, including,

19  but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is

20  taken by the Court before or after trial, except upon arraignment, initial appearance, trial confirmation hearing,

21  entry of plea, and every stage of trial including verdict, impanelment of jury and imposition of sentence.

22         Defendant hereby requests the Court to proceed during every absence of his which the Court may

23  permit pursuant to this waiver and agrees that his interests will be deemed represented at all times by the

24  presence of his attorney, the same as if the defendant were personally present.  Defendant further agrees to be

25  present in Court ready for trial any day and hour the Court may fix in his absence.

26  / / /

27  / / /

28  / / /

1    Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-

2    3174 (The Speedy Trial Act) and authorizes his attorney to set times and delays under that Act without his

3    personal presence.

4    Dated: April 23, 2012

5                                                              */s/ Jonathan Ganey*
                                                             JONATHAN DALE GANEY
6                                                            (Original retained by attorney)

7

8        I concur in Mr. Ganey's decision to waive his presence at future proceedings.

9    Dated: April 26, 2012

10                                                            */s/ Matthew C. Bockmon*
                                                             MATTHEW C. BOCKMON
11                                                           Assistant Federal Defender
                                                             Attorney for Defendant
12                                                           JONATHAN DALE GANEY

13

14   **IT IS SO ORDERED.**

15   Dated: April 26, 2012

16                                                           /s/ John A. Mendez
                                                             JOHN A. MENDEZ
17                                                           United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28

2