```
 1  DINA L. SANTOS, Bar #204200
    A Professional Law Corporation
 2  428 J Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-0160

 4

 5  Attorney for Defendant
    WILLIAM BOHAC
 6

 7                  IN THE UNITED STATES DISTRICT COURT

 8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10

11  UNITED STATES OF AMERICA,      )  No. CR-S 11-323 JAM
                                   )
12              Plaintiff,         )
                                   )  STIPULATION AND ORDER VACATING
13      v.                         )  DATE, CONTINUING CASE, AND
                                   )  EXCLUDING TIME
14                                 )
    WILLIAM BOHAC,                 )
15  KENNETH EATON,                 )  Date   July 17, 2012
    JONATHAN GANEY,                )  Time:  9:45 a.m.
16                                 )  Judge: Hon. Mendez
                Defendants.
17
    _____
18
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jared Dolan, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant William Bohac; Attorney Chris Cosca, Counsel for Kenneth Eaton; Attorney Matthew Bockman, Counsel for June 12, 2012, be vacated and the matter be continued to this Court's criminal calendar on July 17, 2012,at 9:45 a.m. for further status.

This continuance is requested by the defense in order to permit counsel to continue in negotiations with the prosecution in attempt to reach a resolution, meet with the clients to discuss various resolutions, and to continue the defense investigation and review of

the voluminous discovery.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the July 17, 2012 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: June 8, 2012      /S/ Dina L. Santos
                         DINA L. SANTOS
                         Attorney for
                         William Bohac

Dated: June 8, 2012      /S/ Chris Cosca
                         CHRIS COSCA
                         Attorney for
                         Kenneth Eaton

Dated: June 8, 2012      /S/ Matthew Bockman
                         MATTHEW BOCKMAN
                         Attorney for
                         Jonathan Ganey

| | |
|---|---|
| Dated: June 8, 2012 | /S/ Jared Dolan |
| | JARED DOLAN |
| | Assistant United States Attorney |
| | Attorney for Plaintiff |

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: June 8, 2012

Hon. John A. Mendez
United States District Court Judge