1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JONATHAN GANEY

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   NO. CR-S-11-323 JAM
                                      )
12 |         Plaintiff,                )
                                      )   **STIPULATION AND ORDER TO VACATE**
13 |    v.                             )   **STATUS CONFERENCE**
                                      )
14 |                                   )   Date: April 16, 2013
   | JONATHAN GANEY,                   )   Time: 9:45 a.m.
15 |                                   )   Judge: John A. Mendez
   |         Defendant.                )
16 | _____   )
                                      )
17                                     )

18        It is hereby stipulated and agreed to by and between the United States of America, through JARED

19 DOLAN, Assistant U.S. Attorney, and defendants, JONATHAN GANEY, by and through his counsel,

20 Matthew C. Bockmon, Assistant Federal Defender that the status conference for Tuesday, March 12, 2013 be

21 vacated, and a new status conference date of Tuesday, April 16, 2013, at 9:45 a.m., be set.

22        The reason for the continuance is to permit counsel to continue in negotiations with the prosecution

23 in attempt to reach a resolution and to meet with the defendant to discuss various resolutions.

24        It is further stipulated that the time period from the date of this stipulation, March 11, 2013, through

25 and including the date of the new status conference hearing, April 16, 2013, shall be excluded under the

26 Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense

27 counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the

28 continuance outweigh the best interests of the public and the defendant in a speedy trial.

| | |
|---|---|
| Dated: March 11, 2013 | Respectfully submitted,<br><br>JOSEPH SCHLESINGER<br>Acting Federal Defender<br><br>*/s/ Matthew C. Bockmon*<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender<br>Attorney for Defendant<br>JONATHAN GANEY |
| Dated: March 11, 2013 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>By: */s/ Matthew C. Bockmon for*<br>JARED DOLAN<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on March 11, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, March 12, 2013, be vacated and that the case be set for **Tuesday, April 16, 2013, at 9:45 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 11, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, March 11, 2013, through and including April 16, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4.

DATED: March 11, 2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge