1  BENJAMIN B. WAGNER
   United States Attorney
2  JARED C. DOLAN
   Assistant U.S. Attorney
3  501 I Street, Ste. 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2767

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    2:11-CR-00323-JAM
                                )
12         Plaintiff,            )   PRELIMINARY ORDER OF
                                )    FORFEITURE
13      v.                      )
                                )
14 KENNETH GEORGE EATON,        )
                                )
15         Defendant.           )
   _____)
16

17      Based upon the plea agreement entered into between plaintiff

18 United States of America and defendant Kenneth George Eaton, it

19 is hereby ORDERED, ADJUDGED AND DECREED as follows:

20      1.  Pursuant to 21 U.S.C. § 853(a), defendant Kenneth George

21 Eaton's interest in the following properties shall be condemned

22 and forfeited to the United States of America, to be disposed of

23 according to law:

24          a)  Approximately $46,000.00 in U.S. Currency

25      2.  The above-listed properties constitute properties used,

26 or intended to be used, in any manner or part, to commit, or to

27 facilitate the commission of a violation of 21 U.S.C. §§ 846 and

28 841(a)(1), or constitute or are derived from proceeds obtained,

                                1                Preliminary Order of Forfeiture

directly or indirectly, as a result of the said violations.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed properties. The aforementioned properties shall be seized and held by the U.S. Marshals Service and/or the Internal Revenue Service - Criminal Investigation, in their secure custody and control.

4. a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov). The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that are the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed properties, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

///

///

///

5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

        SO ORDERED this 14th day of March, 2013.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge