| | |
|---|---|
| 1 | JOSEPH SCHLESINGER, Bar #87692 |
| | Acting Federal Defender |
| 2 | MATTHEW C. BOCKMON, Bar # 161566 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California  95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | JONATHAN GANEY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-11-323 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO VACATE** |
| v. | ) | **STATUS CONFERENCE** |
| | ) | |
| | ) | Date:  July 16, 2013 |
| JONATHAN GANEY, | ) | Time:  9:45 a.m. |
| | ) | Judge: John A. Mendez |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |

It is hereby stipulated and agreed to by and between the United States of America, through JARED DOLAN, Assistant U.S. Attorney, and defendants, JONATHAN GANEY, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender that the status conference for Tuesday, April 16, 2013 be vacated, and a new status conference date of Tuesday, July 16, 2013, at 9:45 a.m., be set.

The reason for the continuance is to permit counsel to continue in negotiations with the prosecution in attempt to reach a resolution and to meet with the defendant to discuss various resolutions.

It is further stipulated that the time period from the date of this stipulation, April 15, 2013, through and including the date of the new status conference hearing, July 16, 2013, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: April 15, 2013

Respectfully submitted,

JOSEPH SCHLESINGER

Acting Federal Defender

 */s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JONATHAN GANEY

Dated: April 15, 2013

BENJAMIN B. WAGNER
United States Attorney

By:   */s/ Matthew C. Bockmon for*
JARED DOLAN
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on April 15, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, April 16, 2013, be vacated and that the case be set for **Tuesday, July 16, 2013, at 9:45 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 15, 2013, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, April 15, 2013, through and including July 16, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) and Local Code T4.

DATED: April 15, 2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge