LAW OFFICES OF CHRIS COSCA
CHRIS COSCA (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
KENNETH GEORGE EATON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:11-CR-00323 JAM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO MODIFY JUDGMENT RE PRISON RECOMMENDATION |
| vs. | ) | |
| KENNETH GEORGE EATON, | ) | |
| Defendant. | ) | |

## **STIPULATION**

The parties, through their undersigned counsel, hereby stipulate and agree to modify the judgment in this matter as follows:

Instead of the recommendation for placement at the Federal Institutions in Dublin or Atwater or Sheridan, the recommendation shall be for placement at Herlong or Lompoc or Sheridan.

DATED: June 12, 2013     by:     /s/ Chris Cosca
                                                         CHRIS COSCA
                                                         Attorney for Defendant
                                                         KENNETH GEORGE EATON

DATED: June 12, 2013     by:     /s/ Jared Dolan
                                                         JARED DOLAN
                                                         Assistant U. S. Attorney

1

## **ORDER**

**IT IS SO ORDERED.**

DATED: 6/13/2013                                      /s/ John A. Mendez
                                                      JOHN A. MENDEZ, JUDGE
                                                      UNITED STATES DISTRICT COURT