1  DINA L. SANTOS, Bar #204200
   A Professional Law Corp.
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   WILLIAM BOHAC
6

7
                IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,       ) No. CR-S 11-323 JAM
12                                 )
                Plaintiff,         )
13                                 ) STIPULATION AND ORDER RESETTING
        v.                         ) BRIEFING SCHEDULE AND J&S
14                                 )
   WILLIAM BOHAC,                  ) Date:  August 20, 2013
15              Defendant          ) Time:  9:45 a.m.
                                   ) Judge: Hon. Mendez
16 _____ )
                                   )
17
        **IT IS HEREBY STIPULATED** by and between Assistant United States
18
   Attorney JARED DOLAN, Counsel for Plaintiff, and Attorney Dina L.
19
   Santos, Counsel for Defendant WILLIAM BOHAC; that current date
20
   scheduled for June 18, 2013, be vacated and the matter be continued to
21
   this Court's criminal calendar on August 20, 2013, at 9:45 a.m, for
22
   judgement and sentencing.
23
        It is further stipulated that the briefing schedule be reset as
24
   follows:
25
        Judgement and Sentencing Date:        August 20, 2013
26
        Reply or statement of No Opposition   August 13, 2013
27
        Formal Objections                     August 6, 2013
28

| | |
|---|---|
| Informal Objections | July 30, 2013 |
| Proposed Pre-Sentence Report | July 16, 2013 |

The Court is advised that all counsel have conferred about this request, that they have agreed to the August 20, 2013 date, and that Mr. Dolan has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED**.

Dated: June 14, 2013  /S/ Dina L. Santos
DINA L. SANTOS
Attorney for Defendant
Jared Dolan

Dated: June 14, 2013  /S/ Jared Dolan
JARED DOLAN
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED**.

By the Court,

Dated: June 14, 2013  /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge